UNITED STATES DISTRICT COURT
County of SOUTHERN DST. NEW YORK

EILEEN MYERS, ET AL.

                                    Plaintiff          Index # 12 CV 6024

                against                                Affidavit of Attempted
HAWAIIAN MOON REALTY CORP., ET AL.                            Service
                          Defendants


State of New York
County of Westchester                    ss:

PETER DEL BENE being duly sworn, deposes and says:
that (s)he is over the age of 18 years, is not a party to the above action,
resides in the State of New York, and is employed as a Process Server
by SERVICO, INC.
to serve a copy of the SUMMONS, COMPLAINT & JURY TRIAL DEMAND
in the above action for personal service upon RICHARD BUCCI A/K/A RICK BUCCI
at 219 GORDON AVENUE SLEEPY HOLLOW, NY 10591

Your deponent made proper and diligent effort to serve said process on
the above named person(s) by calling at the aforementioned address on the


13th day of September 2012 went to the above address to serve the
above named recipient and found the house to be vacant.


Your deponent verily believes that he will be unable to effect personal
service upon the above named person(s) herein, although your Deponent
made due and diligent effort to effect same.

Sworn to before me on
    09/17/12


                NOTARY                              PETER DEL BENE
                                                    LICENSE NO.

GERI L. FRAGETTE
Notary Public, State of New York
NO. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 20  13